JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATROLLED STEEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS AUTOMATION, INC.<br><br>Defendant. | Case No. 8:07-cv-00584-CJC-RNB<br>*The Hon. J. Cormac Carney* |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss filed by Plaintiff Flatrolled Steel, Inc. and Defendant Business Automation, Inc. (collectively, the "Parties"). The Court, after considering the motion and pleadings herein, finds that the motion should be **GRANTED**.

It is, therefore**, ORDERED** that all of the Parties' claims and causes of action against one another in the above-captioned case are hereby dismissed with prejudice.

Each party shall bear its own costs and fees. All relief not expressly granted is hereby denied.

This Order is a final judgment that disposes of all claims with respect to the Parties.

**SIGNED** on this 20th day of September, 2010.

_____
**The Honorable Cormac J. Carney**